Brittain v. Bethany et al.

———◆◆———

## JAMES H. BRITTAIN v. WILLIAM BETHANY et al.

INN-KEEPER: SALE OF SPIRITOUS LIQUORS.—The statute (Hutch. Code, 267, § 18,) which prohibits inn-keepers from selling to any one person on a credit, spiritous liquors, to a greater amount than five dollars, does not apply to retail grocers.

IN error from the Circuit Court of Kemper county. Hon. Jno. Watts, judge.

The case is fully stated in the opinion of the court.

*Freeman* and *Dixon*, for plaintiff in error,

Insisted that the charge of the court was erroneous; that the

statute (Hutch Code, 267, § 18,) did not apply to retail grocers, but only to inn-keepers.

No counsel appeared for defendant in error.

FISHER, J., delivered the opinion of the court.

The account sued on consists mainly of items for spiritous liquors, sold by retail to the defendant.   The account was established by sufficient evidence.   The proof also showed that the plaintiff was a retail grocer.

Upon this state of the case the court charged the jury, that the plaintiff could not recover more than five dollars; credit beyond that sum, for spiritous liquors sold by retail, being prohibited by the statute.

The statute applies only to inn-keepers, and not to persons engaged in keeping a retail grocery.   Hutch. Code, 267, § 18.

Judgment reversed, and cause remanded.